Greg Trangmoe
162 Flanagin Lane,
Stevensville, MT  59870
*Attorney for Plaintiff*
Phone: (406) 880-2009
Email: Greg@Trangmoe.com

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA

| | |
|---|---|
| MAUREEN KLOKER, ON BEHALF OF HERSELF AND ALL THOSE SIMILARY SITUATED, | Case No.: 6:17-cv-00048-CCL |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| CREDIT ASSOCIATES, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.  The Plaintiff requests that the Court clear the calendar in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Dated this 22nd day of May 2017

Respectfully Submitted,

 /s/ Greg Trangmoe
Greg Trangmoe
*Attorney for Plaintiff*

Of Counsel to the Firm:
Law Offices of Michael Lupolover, P.C.
120 Sylvan Avenue, Suite 303
Englewood Cliffs, NJ 07632
Phone: 201-461-0059