IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MAUREEN KLOKER, on behalf of herself and all those similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ASSOCIATES, INC.,<br><br>Defendant. | CV-17-48-H-CCL<br><br>Order |

The Court having been notified that this matter has settled on May 22, 2017, (Doc. 6), and that the parties would be filing a stipulation of dismissal with 60 days of the notice,

IT IS HEREBY ORDERED that the parties shall file within 20 days, a Stipulation of Dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a).

Done and dated this 14th day of February, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE